## WIDEMAN v. STATE.
### No. 21740.

Court of Criminal Appeals of Texas.

Nov. 19, 1941.

Alex P. Pope, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of possessing equipment for the purpose of manufacturing intoxicating liquor in a dry area, and the waiver of a trial by jury, the court assessed his penalty at a fine of $100.

The record before us contains neither a statement of facts nor bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.